___

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

### No. 22-1411
___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the |
| | ) | United States District Court |
| Plaintiff-Appellee, | ) | Central District of Illinois |
| | ) | |
| v. | ) | No. 19-cr-40064 |
| | ) | |
| MICHAEL GROMMET, | ) | Honorable Sara Darrow |
| | ) | Chief United States District Judge |
| Defendant-Appellant. | ) | |

___

## GOVERNMENT'S RESPONSE
## TO MOTION TO DISMISS APPEAL

Defendant–appellant Michael Grommet has moved to dismiss this appeal with prejudice, and the Court ordered the government to respond. The government does not object to dismissal of this appeal with prejudice, and Grommet has provided the executed acknowledgement and consent required by Circuit Rule 51(f). Accordingly, the government agrees that this appeal should be dismissed with prejudice under Federal Rule of Appellate Procedure 42(b)(2).

Respectfully submitted,
GREGORY K. HARRIS
*United States Attorney*

/s/ Jeffrey D. Kienstra
Jeffrey D. Kienstra
*Assistant United States Attorney*
*Office of the United States Attorney*
*211 Fulton Street, Suite 400*
*Peoria, Illinois 61602*
*Telephone: 309-671-7050*

2

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeffrey D. Kienstra
Assistant United States Attorney